From:Littleton Joyce    10/02/2014 15:58    #835 P.003/003
Case 1:13-cv-05087-PGG-JLC   Document 49   Filed 10/03/14   Page 1 of 1
Case 1:13-cv-05087-PGG-JLC   Document 47   Filed 10/02/14   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/3/14

-------------------------------------------------------------- x
BACM 2007-1 IRENE ROAD, LLC,                  :    Case no. 13-cv-5087-PGG-JLC
                                              :
                    Plaintiff,                :    **STIPULATION OF DISMISSAL**
                                              :
        -against-                             :
                                              :
SHOLOM JACOBS; MARK ZUCKER f/k/a MARK         :
CUKIER; and JACOBS REAL ESTATE ADVISORS,      :
LLC,                                          :
                                              :
                    Defendants.               :
-------------------------------------------------------------- x

The parties, through the signatures of their respective counsel on this stipulation, stipulated to dismiss this action with prejudice and without costs to either party without further notice.

Dated: ~~September~~ October 2, 2014

LITTLETON JOYCE
UGHETTA PARK & KELLY LLP
Attorneys for Plaintiff

By: _____
    Bryan L. Friedman, Esq.
4 Manhattanville Road, Suite 202
Purchase, New York 10577
(914) 417-3400
File no. 00103.00004

NOVAK JUHASE & STERN LLP
Attorneys for Defendants

By: _____
    O. Alexander Novak, Esq.
483 Chestnut Street
Cedarhurst, NY 11516
(516) 569-3030

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.

Date: Oct. 3, 2014

- 6 -